# In the United States District Court for the Southern District of Georgia Waycross Division

KEITH STEPHENS,

    Plaintiff,

v.

MERCHANTS AND MEDICAL ADJUSTMENT BUREAU, INC.,

    Defendant.

CV 522-037

## ORDER

Before the Court is Plaintiff Keith Stephens's Notice of Voluntary Dismissal, dkt. no. 4, wherein he notifies the Court that he wishes to dismiss all claims asserted in this action with prejudice. The Notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, all claims asserted in this action are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 11 day of August, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA